**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 08-8420**

JULIAN EDWARD ROCHESTER,

                    Plaintiff - Appellant,

          v.

SENECA TOWN AND INSURANCE COMPANY; 1000 DEFENDANTS,

                    Defendants - Appellees.

Appeal from the United States District Court for the District of South Carolina, at Charleston.   Henry M. Herlong, Jr., Senior District Judge.   (2:08-cv-03417-HMH-RSC)

Submitted:  January 28, 2010        Decided:  February 26, 2010

Before WILKINSON, MICHAEL, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Julian Edward Rochester, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Julian Edward Rochester appeals the district court's order dismissing this action under 28 U.S.C. § 1915(e)(2)(B)(ii) (2006). We have reviewed the record and find no reversible error. Accordingly, we deny the motion for declaratory judgment and affirm for the reasons stated by the district court. Rochester v. Seneca Town & Ins. Co., No. 2:08-cv-03417-HMH-RSC (D.S.C. Oct. 8, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED